UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PEDRO LIZ,

                               Plaintiff,

-against-

MEATBALL MANAGEMENT, LLC,

                               Defendant.

-------------------------------------------------------------------x

25-CV-4611 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Defendant's answer was due July 14, 2025. ECF No. 7. But to date, Defendant has not appeared in this action. Defendant is directed to appear and respond to the Complaint or otherwise seek an extension to do so by **September 19, 2025**. Defendant is advised that failure to appear may result in the entry of default judgment.

    Plaintiff is directed to serve a copy of this order on Defendant by **September 12, 2025**.

    SO ORDERED.

DATED:    New York, New York
               September 5, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge