UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PEDRO LIZ,

                Plaintiff,

-against-

MEATBALL MANAGEMENT, LLC,

                Defendant.

------------------------------------------------------------------x

25-CV-4611 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, October 31, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday, October 31, 2025**.

       **SO ORDERED.**

DATED:    New York, New York
               October 14, 2025

                                                                  VALERIE FIGUEREDO
                                                                United States Magistrate Judge