# LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  ✉ Glevy@glpcfirm.com  📞 (347) 941-4715

October 29, 2025

Hon. Judge Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:  **LIZ v. MEATBASLL MANAGEMENT, LLC**
     **DOCKET NO. 1:25-cv-4611**

Dear Judge Figueredo:

The undersigned represents Pedro Liz, the plaintiff in the above-referenced matter. I write to request a 30-day extension of time for the parties to file the Proposed Case Management Plan, currently due by October 31, 2025 (Doc. 14). This is the parties' first request for an extension.

Although counsel have discussed the case and possible early resolution, we have not yet had the opportunity to meet and confer on the CMP due to scheduling conflicts. The extension will give the parties sufficient time to complete that process and submit the plan.

I thank the Court for its time and consideration on this matter.

Respectfully,

Gabriel A. Levy

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2025

The parties' extension request is GRANTED. The Proposed Case Management Plan is due **December 1, 2025**. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 15.