UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

PEDRO LIZ,

                                  25-CV-4611 (JHR) (VF)

                Plaintiff,

                                      **ORDER**

        -against-

MEATBALL MANAGEMENT, LLC,

                Defendant.

--------------------------------------------------------------------x

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 2, 2025, the Court ordered the case management plan, which stated that fact discovery would be complete by April 1, 2026, and the parties would file a joint letter certifying that discovery was complete on April 8, 2026. See ECF No. 18 at 3.

The parties are directed to file such a joint status letter by **April 17, 2026.**

       **SO ORDERED.**

DATED:     New York, New York
            April 13, 2026

                                      _____

                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge