

### LAW OFFICE OF
# GLPC | GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

June 1, 2026

Hon. Jennifer H. Rearden
United Stated District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.  The parties' deadline to reopen the case is hereby extended to **July 5, 2026**.

The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: June 2, 2026

RE:   **LIZ v. MEATBALL MANAGEMENT, LLC**
      **DOCKET NO. 1:25-cv-4611**

Dear Judge Rearden:

The undersigned represents Pedro Liz, the Plaintiff in the above-referenced matter. I am writing to request that the deadline to restore this matter be extended for 30 days to July 5, 2026. This is plaintiff's first request for an extension.

To date, despite ongoing efforts, the settlement has not yet been finalized or executed. Accordingly, Plaintiff respectfully requests the Court to extend the time to reopen the matter by thirty (30) days in order to allow the parties additional time to finalize the settlement or for Plaintiff to file a motion to reopen the action.

I thank the Court for its time and consideration on this matter.

Respectfully,

Gabriel A. Levy