UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PEDRO LIZ,

Plaintiff,

-against-

MEATBALL MANAGEMENT, LLC,

Defendant.

----------------------------------------------------------------x

25-CV-4611 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A telephonic conference was held on August 4, 2026 to discuss Defendant's failure to finalize the settlement reached by the parties. See ECF No. 24. Neither Defendant nor Defendant's counsel appeared at the conference. Plaintiff's counsel confirmed during the conference that counsel has not heard from Defendant's counsel since Judge Rearden's order reopening the case on June 18, 2026. ECF No. 25.

Another conference to allow Defendant to appear and participate in this case is hereby scheduled for **Tuesday, September 15, 2026 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [337 628 239#].**

A representative from Defendant or Defendant's counsel must appear at the conference. If Defendant fails to appear (either through a representative or through counsel), Defendant is warned that **FAILURE TO APPEAR AT THIS CONFERENCE OR TO CONTACT THE COURT TO REQUEST THAT THE CONFERENCE BE ADJOURNED MAY RESULT IN THE ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF**.

Plaintiff is directed to serve a copy of this order on Defendant and Defendant's counsel within five days of this order and file proof of service on the docket within three days of service.

**SO ORDERED.**

DATED: New York, New York
August 4, 2026

VALERIE FIGUEREDO
United States Magistrate Judge