UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PEDRO LIZ,

Plaintiff,

-against-

MEATBALL MANAGEMENT, LLC,

Defendant.

---------------------------------------------------------------x

25-CV-4611 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A telephonic conference was held on August 4, 2026 to discuss Defendant's failure to finalize the settlement reached by the parties. See ECF No. 24. Neither Defendant nor Defendant's counsel appeared at the conference. Another telephonic conference was held today, September 15, 2026, and neither Defendant nor Defendant's counsel appeared.

Based on Plaintiff's representations at the conference, Plaintiff is directed to file a status update on the case by **October 30, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge